IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
MAR 17 2000
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

ENTERED
MAR 17 2000

| | | |
|---|---|---|
| FRANKLIN D. THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NUMBER |
| | ) | |
| SAFETY-KLEEN SYSTEMS, INC., et al., | ) | 99-C-0551-NE |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OPINION GRANTING SUMMARY JUDGMENT

In this case, Plaintiff claims that Defendants negligently manufactured and distributed the chemical benzene, to which he claims to have been exposed, which allegedly caused him to develop lymphoma, a form of cancer. Defendants have moved for summary judgment, grounded on the contention that Plaintiff has no substantial evidence of causation. Plaintiff has offered no evidence in support of his claims; quite to the contrary, he concedes that he has no such evidence.

Defendants are therefore entitled to judgment as a matter of law.

By separate order, the motion for summary judgment will be granted.



DONE this _____ 17th _____ day of March, 2000.

_____
UNITED STATES DISTRICT JUDGE
U. W. CLEMON

2